# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1935

_____

Charles Mims, Jr.,                                 *
                                                   *
            Appellant,                             *
                                                   *
Louise Mims, Guardian ad Litem for                 *
Charles Mims, Jr.; Charnella Mims,                 *
Guardian ad Litem for Charles Mims,                *
Jr.,                                               *    Appeal from the United States
                                                   *    District Court for the
            Plaintiffs,                            *    District of Nebraska.
                                                   *
       v.                                          *    [UNPUBLISHED]
                                                   *
United Parcel Services, a Corporation,             *
                                                   *
            Appellee.                              *

_____

Submitted: June 25, 2008
Filed: July 8, 2008

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Charles Mims, Jr., appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination suit brought under Title VII and the Americans with Disabilities Act, together with his state-law claims. After reviewing the record de novo, viewing the evidence and all reasonable inferences from it in a light most favorable to Mims, see Jacob-Mua v. Veneman, 289 F.3d 517, 520 (8th Cir. 2002) (standard of review), we conclude that summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B. We also deny Mims's request for preparation of a transcript at government expense and United Parcel Service's motion for leave to file a sur-reply.

_____

[1]The Honorable Joseph F. Bataillon, Chief Judge, United States District Court for the District of Nebraska.